# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2446

_____

| | | |
|---|---|---|
| Danilo Santizo-Monzon, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: March 6, 2012
Filed: March 9, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Danilo Santizo-Monzon petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of withholding of removal. We conclude that substantial evidence supports the BIA's determination that Santizo-Monzon failed to show a clear probability of persecution in Guatemala on account of his membership in a particular social group. See Ortiz-Puentes v. Holder, 662 F.3d 481, 483-84 (8th Cir. 2011) (Guatemalans who suffered harm because they refused to join criminal gangs lacked "visibility and particularity" required to constitute particular social group); Wijono v. Gonzales, 439

F.3d 868, 872 (8th Cir. 2006) (standard of review).  Accordingly, we deny the petition.  <u>See</u> 8th Cir. R. 47B.

_____